UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                          **AMENDED ORDER**
                            Criminal File No. 07-392 (MJD/JSM)

(1) SCOTT GLENN STARFIELD,

      Defendant.
_____

David P. Steinkamp, Assistant United States Attorney, Counsel for Plaintiff.

Matthew J. Mankey, Carr & Mankey, Counsel for Defendant.
_____

      This matter is before the Court on Defendant's Motion for Extension of Deadline to File Notice of Appeal.  [Docket No. 45]  The Amended Judgment in this matter was filed on May 29, 2008.  The Court has again reviewed the motion and concludes that Defendant has demonstrated excusable neglect for an extension of time and the Court vacates its July 9, 2008 Order [Docket No. 47].

      Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED**:

1. Upon reconsideration, the Court vacates its July 9, 2008 Order [Docket No. 47].

2. Defendant's Motion for Extension of Deadline to File Notice of Appeal [Docket No. 45] is **GRANTED**.


Dated: July 10, 2008          s / Michael J. Davis
                              Michael J. Davis
                              Chief Judge
                              United States District Court